EXHIBIT B

DOS 470 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested



20180111010510
NATIONAL CORPORATE RESEARCH, LTD.
10 EAST 40TH STREET 10TH FLOOR
NEW YORK NY 10016

9214 8969 0059 7937 5865 77

USPS CERTIFIED MAIL



US POSTAGE
ZIP 12231
02 1W
0001391831

EXHIBIT B

State of New York - Department of State
Division of Corporations

Party Served:                                    Plaintiff/Petitioner:
 MRS BPO, L.L.C.                                  BROWN, JENNIFER


NATIONAL CORPORATE RESEARCH, LTD.
10 EAST 40TH STREET 10TH FLOOR
NEW YORK, NY 10016


Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 01/11/2018 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.


                                                 Very truly yours,
                                                 Division of Corporations

EXHIBIT B

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**
------------------------------------x
JENNIFER BROWN ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED

                       Plaintiff/Petitioner,

   -against-                                     Index No. 618086/17

MRS BPO, L.L.C.

                       Defendant/Respondent.
------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

**Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in efiling.

EXHIBIT B

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 09/18/2017

_____
Signature

MITCHELL L PASHKIN
_____
Name

_____
Firm Name

775 Park Avenue, Ste. 255
_____
Address

Huntington, NY  11743
_____
City, State, and Zip

631-335-1107
_____
Phone

mpash@verizon.net
_____
E-Mail

To:  _____

_____

_____

9/3/15

EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

| | |
|---|---|
| JENNIFER BROWN,<br>ON BEHALF OF HERSELF AND ALL OTHERS<br>SIMILIARLY SITUATED, | INDEX NO. 618086/2017<br>FILING DATE: 09/18/17 |
| Plaintiff,<br>-against- | **SUMMONS<br>WITH NOTICE** |
| MRS BPO, L.L.C.,<br>Defendant. | Plaintiff designates<br>Suffolk County<br>as the place of trial<br><br>The basis of the venue is<br>Plaintiff's residence |

---

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 21st day of September 2016, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 21st day of September 2016, together with the costs of this action and attorney's fees.

Dated:       September 18, 2017

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 629-7709

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF

EXHIBIT B

INDEX NO. UNASSIGNED
Send Payment/Correspondence to:
NYSCEF: 09/18/2017
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
855-240-7772

Office Hours :
Monday - Thursday   9am - 11pm ET
Friday              9am - 8pm ET

S-SFMRSA11
P63T7A00204672 - 226925511 I09344
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003




JENNIFER BROWN

CREDITOR: CHASE BANK USA N.A.
CREDITOR ACCT#: xxxxxxxxxxxx9549
MRS ACCT#       0128
ACCOUNT BALANCE : $5,630.60

September 16, 2016

Dear JENNIFER BROWN,

MRS BPO, L.L.C. is presenting three options to assist you resolve the outstanding balance on your account. We are not obligated to renew these offers.

Option 1: Make 1 payment of $2,533.78 to be received by 09/30/2016.

Option 2: Make 6 payments of $638.14. The first payment of $638.14 is to be received by 09/30/2016. Remaining payments of $638.14 are to be received by the 30th of each following month until the total discount offer of $3,828.84 is paid.

Option 3: Make 12 payments of $403.53. The first payment of $403.53 is to be received by 09/30/2016. Remaining payments of $403.53 are to be received by the 30th of each following month until the total discount offer of $4,842.36 is paid.

Payment may be made by calling 855-240-7772 mailing to the above address or by using our online payment website at https://mrspay.webview.com (internet connection required).

When you call please let our representative know that you have received the CHASE BANK USA N.A. Option Letter.

Sincerely,
MRS Associates
855-240-7772
MRS Associates is a trade name of MRS BPO, L.L.C.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

If we settle this debt with you for less than the full outstanding balance, Chase may offer you less favorable terms in the future for some Chase products or services, or may deny your application.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1292105, 1292103.
MRS Associates contact: Denise Eichenberg - Mon - Fri 9 AM - 5 PM ET (800) 716-6429.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

STL003OP

EXHIBIT B

Index No. 618086/2017

JENNIFER BROWN,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                Plaintiff(s),

    -vs-

MRS BPO, L.L.C.,

                Defendant(s).

## SUMMONS WITH NOTICE

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 629-7709

EXHIBIT B