FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 23 2018 ★
LDW

LONG ISLAND OFFICE

# COUNTY OF SUFFOLK



### SUFFOLK COUNTY CLERK'S OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

Date: 2/21/18

18-CV-896-LDW

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 618086/17, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**
filed in my office on **02/21/2018**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **2/21/2018** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF
Suffolk County Supreme Court

**Document List**
Index # 618086/2017

Created on:02/21/2018 12:03 PM

Case Caption:   JENNIFER BROWN - v. - MRS BPO, L.L.C.
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 09/18/2017 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 09/18/2017 | Pashkin, M. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 02/09/2018 | Etmund, M. |
| 4 | EXHIBIT(S)<br>Notice of Removal filed in Federal Court | Processed | 02/09/2018 | Etmund, M. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

JENNIFER BROWN, on behalf of herself
And all others similarly situated,

    Plaintiff,

v.

MRS BPO, LLC,

    Defendant.

INDEX NO.: 618086/2017

### NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendant in the above-entitled and captioned proceeding has filed a Notice of Removal (copy attached) with the United States District Court for the Eastern District of New York, on February 9, 2018 removing the above-captioned action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Eastern District of New York, and the filing of copies thereof with the Clerk of the Supreme Court of the State of New York, County of Suffolk, the Defendant has effected removal and the Supreme Court of the State of New York, County of Suffolk shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

3943138v1

Respectfully submitted,

Dated: February 9, 2018

By /s/ Michael T. Etmund
Michael T. Etmund, NY REG # 5168331
Moss & Barnett, PC
150 South Fifth Street
Suite 1200
Minneapolis MN 55402-4129
Telephone: (612) 877-5000

Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
Attorneys for Defendant MRS Associates
750 Third Avenue, Suite 978
New York, New York 10017
Tel: 212-922-9483
Alex@winstonandwinston.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, the foregoing document was filed via the New York State Unified Court System ("NYSCEF") and served in accordance with the Uniform Civil Rules for the Supreme and County Courts, upon the following parties and participants:

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
mpash@verizon.net

/s/ Michael T. Etmund
Michael T. Etmund