UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| JENNIFER BROWN, <br> ON BEHALF OF HERSELF AND <br> ALL OTHERS SIMILIARLY SITUATED, <br><br> Plaintiff, <br> v <br><br> MRS BPO, L.L.C., <br><br> Defendant. | } <br> } <br> } <br> } <br> } <br> } <br> } <br> } <br> } <br> } | Civil Action, File No. <br> 2:18-cv-00896-DLI-SIL |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709

**Moss & Barnett, P.C.**

By:  /s/Michael T. Etmund, Esq.
150 South Fifth Street, Ste. 1200
Minneapolis, MN  55402
612-877-5000
*Attorneys for Defendant*